410

745 A.2d 1214

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Kurt FISCHER, Appellant.**

Supreme Court of Pennsylvania.

Argued Nov. 16, 1999.

Decided Jan. 27, 2000.

Michael M. Mustokoff, Jonathan L. Swichar, Duane, Morris & Heckscher, LLP, Philadelphia, for Kurt Fischer.

Hugh J. Burns, Jr., Special Asst. Dist. Atty., District Attorney's Office—Philadelphia County, John Morganelli, Dist. Atty., Patricia C. Broscius, Asst. Dist. Atty., District Attorney's Office, Northampton County, for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.